IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RONNIE LEE CANADA,
ADC #155173                                                                                          PETITIONER

v.                                              No. 5:15-cv-219-DPM

WENDY KELLEY, Director,
Arkansas Department of Correction                                             RESPONDENT

JUDGMENT

Canada's petition is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

24 November 2015